IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BABAR J. SHAH, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | CIVIL NO. 04-cv-513-MJR |
| vs. | ) | |
| | ) | CRIMINAL NO. 03-cr-30196 |
| UNITED STATES of AMERICA , | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. In his motion Petitioner argues that Counsel was ineffective in failing to file a motion to suppress the evidence found as the result of an illegal search and to suppress his statements which were obtained in violation of his right to counsel. He also claims that counsel was ineffective in failing to apprise him of the consequences of his guilty plea, thus rendering that plea unknowing and involuntary.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED this 16th day of June, 2005.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**